**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RAMON W. HAUGHTON,**

**Plaintiff,**

**v.** **Case No.: 6:26-cv-1157-AGM-NWH**

**ISLAND THINGZ CARIBBEAN RESTAURANT, LLC, a Florida Corporation, NADINE COLE, individually, and TEVAUGHN MCLAUGHLIN, individually,**

**Defendants.**
___________________________________/

**ORDER**

This cause comes before the Court on an Unopposed Motion to Withdraw as Counsel for Defendants. (Doc. 24). Attorneys Edmund J. Gegan and Matthew Schulis seek to withdraw as counsel for all Defendants due to irreconcilable differences. *Id* at 1. Plaintiff does not oppose the withdrawal. *Id*. at 3. Trial is not set in this matter, and no case management deadlines are approaching in the near future.

Upon review and consideration of the Motion, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**. Attorneys Edmund J. Gegan and Matthew Schulis are permitted to withdraw from representation of Defendants Island Thingz Caribbean Restaurant, LLC, Nadine Cole, and Tevaughn McLaughlin. The Clerk of Court is **DIRECTED** to remove them from the CM/ECF service list.

2. Defendant Island Thingz Caribbean Restaurant, LLC, **may not defend itself** in this case except through an attorney who is a member of the bar of this Court. Local Rule 2.02(b)(2); *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel."). Thus, **Defendant Island Thingz Caribbean Restaurant, LLC shall have until November 15, 2026, to obtain new counsel to represent it in this action.**

Unless Defendant Island Thingz Caribbean Restaurant, LLC, obtains new counsel admitted to practice in this Court, **it may suffer adverse rulings including, without limitation, default and the entry of default judgment against it.** The last known address for Defendant Island Thingz Caribbean Restaurant, LLC, is c/o Nadine Cole, 1155 Malabar Road NE, 15, Palm Bay, Florida 32907. Unless and until this entity obtains new counsel, it can be served with papers and pleadings at this address. **If the entity's contact information changes, it is the entity's responsibility to file a paper informing the Court and the other parties of the new contact information.**

3. Finally, regarding individual Defendants Nadine Cole and Tevaughn McLaughlin, the Court will take the opportunity to explain some of the rules and procedures they must follow when proceeding *pro se*. *Pro se* litigants are subject to the same law and rules of court as litigants represented by attorneys, including the Federal Rules of Civil Procedure, the Court's Local Rules, the Federal Rules of Evidence, and

so on. This Court's Local Rules are available online at https://www.flmd.uscourts.gov/local-rules. The Federal Rules of Civil Procedure are available online at https://www.uscourts.gov/forms-rules/current-rules-practice-procedure/federal-rules-civil-procedure. Importantly, Defendants Nadine Cole and Tevaughn McLaughlin shall not attempt to correspond with the Court or any Judge or Magistrate Judge by letter, phone call, email, or other unofficial means. **The Court will only receive and/or rule upon documents that have been filed with the Clerk and properly served on all other parties.**

All filings by Defendants must comply with the Federal Rules of Civil Procedure and must bear her signature. To that end, **Defendants Nadine Cole and Tevaughn McLaughlin are cautioned to read and familiarize themselves with Federal Rule of Civil Procedure 11, as failure to comply with Rule 11 could result in sanctions or fines.** Additionally, any filings must contain a certificate of service stating the date when a copy of the filing was served on all other parties (or their attorneys) and the means of service (e.g., U.S. Mail, hand delivery, email). For most motions, Local Rule 3.01(g) requires a good faith conferral with the opposing party prior to filing, and if the parties cannot reach an agreement on the motion, the motion must include a certificate of conferral. Although the Court has set forth several of the most important procedural requirements that Defendants Nadine Cole and Tevaughn McLaughlin must observe, there are many more rules and procedures that apply in federal court. This Court's website contains a Guide for Proceeding Without a

Lawyer, which Defendants may wish to consult, accessible online at: https://www.flmd.uscourts.gov/litigants-without-lawyers.

4. Attorneys Edmund J. Gegan and Matthew Schulis are **DIRECTED** to immediately provide a copy of this Order to Defendants Nadine Cole, Tevaughn McLaughlin, and Island Thingz Caribbean Restaurant, LLC.

Defendants Tevaughn McLaughlin and Nadine Cole's last known address is 1661 Mineral Loop Drive, Palm Bay, Florida 32907. However, the instant Motion fails to provide their phone numbers and email addresses, as well as the phone number and email address for Island Thingz Caribbean Restaurant, LLC, as required by Local Rule 2.02(c)(1)(B)(ii). Thus, attorneys Edmund J. Gegan and Matthew Schulis are **DIRECTED** to file a Notice with the Court **on or before October 23, 2026,** containing this information for each Defendant.

**DONE** and **ORDERED** in Orlando, Florida, on October 16, 2026.

NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Parties